AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LORENZ, MYRON J | U.S. DISTRICT COURT, CASD | 05/04/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT 940 FRONT STREET RM 5145 SAN DIEGO CA 92101-8911 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST |
| 2. MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORIAL SOCIETY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 10 A 10: 06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel # 1, San Diego County, California | | None | O | W | | | | | |
| 2. WELLS FARGO BANK | | None | J | T | | | | | |
| 3. AIM CHARTER FUND A | A | Dividend | | | Sell | 1/10 | K | | |
| 4. AIM PREMIER EQUITY B (FORMERLY KNOWN AS AIM VALUE FUND B) | A | Dividend | | | Sell | 1/10 | K | | |
| 5. AIM BASIC VALUE | | None | | | Sell | 1/10 | K | B | |
| 6. MFS STRATEGIC VALUE | B | Dividend | J | T | | | | | |
| 7. MS DIVIDEND GROWTH FUND | C | Dividend | J | T | Sell | 7/20 | K | | |
| 8. MS EURO EQUITY FUND B (Name changed from European Growth) | A | Dividend | | | Sell | 1/10 | K | A | |
| 9. MS ACTIVE ASSETS TAX FREE TRUST (Name chng fm Act Asts Mny) | D | Dividend | M | T | | | | | |
| 10. SELIGMAN COMM & INFO FUND | | None | | | Sell | 7/20 | K | | |
| 11. TRANSAMERICA INDIV RETIREMENT ANNUITY | B | Interest | L | T | | | | | |
| 12. SAN DIEGO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | D | Interest | M | T | | | | | |
| 13. AMERICAN INV CO OF AMERICA HELD IN IRA | A | Dividend | K | T | | | | | |
| 14. MS EURO EQUITY FUND B in IRA (name changed from Euro Growth) | A | Dividend | | | Sell | 1/10 | K | | |
| 15. MS AMER OPPORTUNITES FUND HELD IN IRA | | None | | | Sell | 7/20 | J | | |
| 16. | | | | | Sell | 7/21 | J | | |
| 17. MS LIQUID ASSET FUND HELD IN | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns BI and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| IRA | | | | | | | | | |
| 18. FNMA REMIC TR 1993 HELD IN IRA | B | Interest | | | Ret Principl | 7/25 | K | | |
| 19. MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | B | Interest | K | T | | | | | |
| 20. UNIVERSITY OF CAL. REVS (6V2) | A | Interest | J | T | | | | | |
| 21. UNIVERSITY OF CAL. REVS (4T9) | B | Interest | K | T | | | | | |
| 22. CALIFORNIA EDL FACS AUTH REV (3YD) (BB7) | C | Interest | K | T | | | | | |
| 23. CALIFORNIA EDL FACS AUTH REV (YA4) | B | Interest | K | T | | | | | |
| 24. UNIVERSITY CALIF REVS (5PG) | B | Interest | K | T | | | | | |
| 25. CALIFORNIA EDL FACS (6A8) | B | Dividend | L | T | Purchase | 8/15 | K | | |
| 26. | | | | | Purchase | 9/20 | K | | |
| 27. | | | | | Purchase | 12/2 | K | | |
| 28. PUTNAM NEW OPPORTUNITY B HELD IN IRA | | None | K | T | | | | | |
| 29. OPPENHEIMER GLOBAL FD CL B HELD IN IRA | A | Dividend | K | T | | | | | |
| 30. AIM PREMIER EQUITY B HELD IN IRA | | None | | | Exch/Redempt | 1/10 | K | | |
| 31. DAVIS NEW YORK VENTURE HELD IN IRA | A | Dividend | K | T | | | | | |
| 32. MS INFORMATION FUND B HELD IN IRA | | None | | | Exch/Redempt | 1/10 | J | | |
| 33. MS CAP OPPORTUNITIES TRUST B HELD IN IRA | | None | | | Exch/Redempt | 1/05 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. MS MPS S&P 500 INDEX HELD IN IRA | A | Dividend | L | T | | | | | |
| 35. PRIME FUND | A | Dividend | J | T | | | | | |
| 36. EQUALLY WEIGHTED S&P 500 (in IRA) | A | Dividend | K | T | Buy | 1/11 | K | | |
| 37. AMERICAN CAP WRLD GR & INC | B | Dividend | L | T | Buy | 1/11 | L | | |
| 38. AMERICAN INV CO OF AMER (part trust, part IRA) | B | Dividend | L | T | Buy | 1/11 | L | | |
| 39. GLOBAL DIVIDEND GROWTH (in IRA) | A | Dividend | | | Buy | 1/05 | K | | |
| 40. GLOBAL DIVIDEND GROWTH (in IRA) | | | | | Sell | 7/20 | J | | |
| 41. AIM BASIC VALUE B (in IRA) | | None | K | T | Buy | 1/11 | K | | |
| 42. VAN KAPEN INDEX STRAT (in IRA) | A | Dividend | J | T | Buy | 7/22 | K | | |
| 43. VAN KAPEN EAFE SELECT (in IRA) | | None | J | T | Buy | 7/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_May 4, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544